**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-7088M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Antonio Gamez-Ponce,<br>a.k.a. Edgar Renovato,<br>a.k.a. Antonio Ponce Gamez, | ) | |
| Defendant. | ) | |

This Court has received and considered defense counsel's Motion to Withdraw as Attorney of Record. (docket #6)

**IT IS ORDERED denying** without prejudice defense counsel's Motion for failure to comply with Local Rule 83.3(b)(2), LRCiv and Local Rule 57.14, LRCrim, Rules of Practice, effective December 1, 2007.

DATED this 31st day of March, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge